# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

RECEIVED
2024 JAN 12 AM 10: 29
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

Shatisha Flowers

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Jackson County, Mo

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 4:24-cv-0038-DGK

*(to be filled in by the Clerk's Office)*

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury. ☑ Yes ☐ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shatisha Flowers |
| Street Address | 7355 Yecker Ave |
| City and County | Kansas City, Wyandotte |
| State and Zip Code | Kansas, 66109 |
| Telephone Number | 913/280-1097 |
| E-mail Address | shatishaflowers@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jackson County, Mo |
| Job or Title (if known) | |
| Street Address | 415 E 12th Street |
| City and County | Kansas City, Jackson |
| State and Zip Code | Missouri 64106 |
| Telephone Number | 816/881-3149 |
| E-mail Address (if known) | joyce.johnson@jacksongov.org |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

| | |
|---|---|
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | Jackson County Sheriffs Office |
| Street Address | 1315 Locust St Suite 100 |
| City and County | Kansas City, Jackson |
| State and Zip Code | Missouri 64106 |
| Telephone Number | 816/541-8017 |

## II.  Cause of Action

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

☐ Missouri Human Rights Act, Missouri Revised Statute § 213.055

☐ Other state law *(specify, if known)*:

_____

☐ Relevant city or county law *(specify, if known)*:

_____

## III. Administrative Procedures

A. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes      Date filed: MCHR filed
☐ No

*Attach copy of the charge to this Complaint*

B. Have you received a Notice of Right-to-Sue Letter from the Equal Employment Opportunity Commission?

☑ Yes    ☐ No

*If yes, please attach a copy of the letter to this Complaint.*

C. Did you file a charge of discrimination against Defendant(s) with the Missouri Commission on Human Rights?

☑ Yes      Date filed: 1/16/2023
☐ No

*Attach copy of the charge to this Complaint*

D. Have you received a Notice of Right-to-Sue Letter from the Missouri Human Rights Commission?

☑ Yes    ☐ No

*If yes, please attach a copy of the letter to this Complaint.*

4

E.      If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

☐ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission

## IV.    Statement of Claim

A.      The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☐ Failure to accommodate my disability.

☐ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Harassment/Hostile Work Environment

☐ Other acts *(specify):* _____

*(Note:   Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.      It is my best recollection that the alleged discriminatory acts occurred on the following date(s):

11/2022 - 08/2023

C.      I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.

☐ is/are not still committing these acts against me.

5

D.     Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race   African American _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [ ] national origin _____
- [ ] age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

    _____

E.     Write a short and plain statement of FACTS that support your claim.  Do not make legal arguments.  You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1. On April 25, 2022 the plaintiff was hired onto Jackson County Sheriffs Office as a clerk in the SORE unit.

2. During the plaintiffs employment she received two satisfactory evaluations.

3. On or around November 23, 2022 Sergeant Adam Zarrillo took Mr. Banks into a meeting and told him we could no longer talk to each other. No one  was told they couldn't talk except the plaintiff and Mr. Banks. They were the only two African Americans in the unit.

4. December 28, 2022 the plantiff verbally complained to Sergeant Adam Zarrillo. The plantiff told

6

Zarrillo she felt her and Mr. Banks were being discrimated against because of their race. emotional distress

5. December 30, 2022 the plantiff witnessed Mr. Banks cases being treated differently than the other Detectives. When the Plaintiff spoke out and stated Mr. Banks cases were being (cont)

## V. Relief

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)

☐ Defendant be directed to employ Plaintiff

☐ Defendant be directed to re-employ Plaintiff

☐ Defendant be directed to promote Plaintiff

☑ Defendant be directed to Provide training for Zarrillo and P. Cole

☑ Monetary damages (please explain): Back Pay, Emotional Distress and Punitive

☐ As additional relief to make Plaintiff whole, Plaintiff seeks (please specify and explain):

_____

_____

_____

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 12 , 20 24 .

Signature of Plaintiff

Printed Name of Plaintiff Shatisha Flowers

7

5. treated differently by Ms. Pasalich and Ms. Christ because of his race. Ms. Pasalich stated to the plaintiff, "since you want to snitch, I'll fix your ass". Emotional Distress

6. On January 4, 2023 After the plaintiff complained, Ms. Pasalich would state she was going to snap on the Plaintiff and Mr. Banks. Emotional distress

7. On January 6, 2023 . Ms. Pasalich tried bumping into the plaintiff. The plaintiff quickly moved out of the way. Ms. Pasalich never had that behavior until after the plaintiff complained of race discrimination. Emotional distress

8. On January 12, 2023 Sergeant Zarrillo took the plaintiff into a meeting. He asked the plaintiff why she was telling people not to trust him. The plaintiff told Mr. Zarrillo she never said anything bad about him. The plaintiff then verbally complained to Mr. Zarrillo again that she felt she was being discriminated against and harassed because of her race. Before the plaintiff started complaining Mr. Zarrillo never took the plaintiff into meetings. Emotional Distress

9. When the plaintiff returned from her meeting, she realized her ID holder was missing from her desk. She asked Ms. Frasier if she knew what happened to it. Ms. Frasier told the plaintiff Ms. Pasalich took it. Only the plaintiffs' item was missing. Emotional Distress

10. On January 16, 2023 the plaintiff filed a complaint with the MCHR.

11. On January 19, 2023 Sergeant Zarrillo held a meeting with the plaintiff. He told the plaintiff she was the reason the unit felt uncomfortable. During that meeting the plaintiff told Mr. Zarrillo she filed a complaint with MCHR because she felt like she was being discriminated against because of her race. Rachel yelled "I don't give a fuck about your complaint".   Emotional Distress / Punitive

12. Around February 1, 2023 the plaintiff applied for a transfer. That transfer was denied because the plaintiff was complaining about race discrimination. That position remained unfilled. Emotional distress / Punitive

13. After the plaintiff complained about racial discrimination. She realized her work was being micromanaged by Ms. Pasalich and Ms. Christ. Before the plaintiff complained her work was never micromanaged. Emotional Distress

14. February 16, 2023 the plaintiff received an email from Ms. Hayes (Hr Manager) stating she was investigating a complaint Ms. Pasalich filed. While in that meeting the plaintiff verbally complained about the race discrimination, retaliation and hostile work environment. The plaintiff also informed Ms. Hayes of the January 19, 2023 meeting and she filed a complaint with MCHR January 16, 2023. The plaintiff informed Ms. Hayes her transfer had also been denied. The plaintiff verbally complained to Ms. Hayes that the transfer was denied because she was complaining about race discrimination and what she believed to be retaliatory treatment. It was determined all allegations made against the plaintiff were false and Ms. Pasalich complaint was closed.   Emotional distress / Punitive

15. March 29, 2023 the plaintiff realized she no longer had access to functions in Qless that was needed to do her job. Only Mr. Zarrillo and Ms. Pasalich could make that change.  Punitive

16. April 27, 2023 the plaintiff complained by email to Ms. Hayes (Hr manager) about the continuous race discrimination and retaliation. Emotional distress / Punitive

17. May 5, 2023 the plaintiff pulled lead Detective Mark Estrada to the side. She verbally complained to him about the race discrimination, retaliation and hostile work environment. Emotional distress

18. On May 9ᵗʰ 2023 and November 8, 2022 the plaintiff received satisfactory evaluations from her direct supervisor Mr. Zarrillo.

19. May 11, 2023 Mr. Estrada, Ms. Pasalich with the help of Sergeant Penny Cole filed a complaint against the plaintiff and Mr. Banks. The plaintiff felt that was in retaliation for complaining about race discrimination, retaliation and the hostile work environment to Mr. Estrada. Sergeant Collins investigated their complaint, and it was found to be false. Emotional distress / Punitive

20. May 18, 2023 Sergeant P. Cole came into the SORE unit. She spoke to all three clerks by name except the plaintiff. Emotional distress / punitive

21. May 25, 2023 Ms. Cole who was not the plaintiff's direct supervisor redone Mr. Zarrillo May 9, 2023 evaluation and changed it to unsatisfactory based solely on Ms. Pasalich February 2023 false complaint. Emotional distress / punitive.

22. May 26, 2023 Caption Rhonda Montgomery recommended the evaluation completed by Mr. Zarrillo be approved.

23. May 30, 2023 Sheriff Forte agreed with Caption Montgomery and the satisfactory evaluation was approved.

24. June 1, 2023 the plaintiff emailed Ms. Hayes (hr manager). Ms. Hayes and the plaintiff had a meeting. The plaintiff verbally complained to Ms. Hayes about Ms. Cole retaliatory behavior. The plaintiff also told Ms. Hayes that Ms. Cole changed her evaluation to unsatisfactory. The plaintiff told Ms. Hayes she had been suffering bad headaches and had to take unpaid time off due to the hostile work environment. Ms. Hayes was also informed the plaintiff's mental health was not well. The plaintiff asked Ms. Hayes why nothing was being done about the hostile work environment and continuous retaliation. Ms. Hayes stated she didn't know why they wouldn't get rid of Ms. Pasalich. Emotional distress

25. Prior to the plaintiff's constructive discharge June 2, 2023 she had never been written up or otherwise disciplined. Punitive

26. August 2023 Despite the plaintiff no longer being employed in the SORE unit. Ms. Pasalich and Sergeant Cole Continued the retaliation. They continued to make false complaints and allegations against the plaintiff. Punitive

27. Jenna Frasier refused to lie. She spoke out regarding the racial discrimination the plaintiff suffered during her employment. Ms. Cole and Ms. Pasalich began to retaliate against her. Ms. Fraiser verbally complained and filed several complaints with Ms. Hayes with nothing being done.

28. On several occasions the plaintiff would ask Mr. Zarrillo for help by email, text and verbally. Mr. Zarrillo would not respond. He never ignored the plaintiff until she started complaining about race discrimination.

All events happened at 1315 Locust suite 100, Kansas City, MO