UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

SHATISHA FLOWERS,

    Plaintiff,

V.                                            Case No. 4:24-cv-00038-RK

JACKSON COUNTY, MISSOURI,

    Defendant.

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_\_\_ **Decision by Court.** This action has been considered and a decision has been rendered by the Court that:

    Because this action is barred by the statute of limitations, the motion to dismiss is GRANTED, and this action is DISMISSED with prejudice.

**IT IS SO ORDERED.**

Dated: April 16, 2024                                 /s/ Paige Wymore-Wynn
                                                                                  Clerk of the Court

Entered: April 16, 2024                              /s/ LaTandra Wheeler
                                                                                   Deputy Clerk